[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 15-10932
Non-Argument Calendar
_____

D.C. Docket No. 8:14-cr-00306-CEH-MAP-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CORDELL JONES,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(February 10, 2016)

Before TJOFLAT, HULL and BLACK, Circuit Judges.

PER CURIAM:

Angelo Ferlita, appointed counsel for Cordell Jones in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).  Moreover, Jones has filed a motion for appointment of new counsel.  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Jones's conviction and sentence are **AFFIRMED**.  Jones's motion for appointment of new counsel is **DENIED**.